UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 16-CR-26-M-LDA-2 |
| | ) | |
| STEPHEN GRISWOLD | ) | |

**MOTION FOR PRODUCTION OF JAIL HOUSE RECORDING**

Stephen Lester Griswold through his counsel, Assistant Federal Defender Tara I. Allen, moves for an order directing the government to produce the recorded statements of the defendant referenced by the government in open court before the magistrate judge on March 24, 2016. In urging Mr. Griswold's detention, the government represented that there are jail house telephone recordings containing incriminating statements by Mr. Griswold to his mother. Mr. Griswold could not defend against the accusation because the government had not produced them prior to the hearing. After the hearing, in a letter dated March 30, 2016, Mr. Griswold requested the government to produce the recordings. To date, no recording have been produced.

The government has a duty to produce the recording under Local Rule 12, and Fed. R. Crim. P. 16. Accordingly, Mr. Griswold moves for an order directing the government to produce the recording.

Respectfully submitted
STEPHEN GRISWOLD
By his attorney,

*/s/ Tara I. Allen*
Tara I. Allen, BBO #641687
Assistant Federal Defender
Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281; FAX 528-4285
tara_allen@fd.org

# CERTIFICATION

I hereby certify that a copy of this MOTION FOR PRODUCTION OF JAIL HOUSE RECORDING was delivered by electronic notification to all counsel of record on April 9, 2016.

*/s/ Tara I. Allen*